**Order filed November 20, 2014, Withdrawn, Appeal Reinstated and Order filed January 6, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00840-CR
_____

**LORENZA ANDRE SAM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 10-DCR-055360A**

---

## ORDER

On November 20, 2014, this Court issued an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for failure to file a brief. On December 29, 2014, appellant filed a motion to reinstate the appeal because the brief has been filed.

The motion is granted. Our order of November 20, 2014, is withdrawn. The appeal is reinstated.

PER CURIAM